# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cebull, Richard F | District Court-Montana | 05/07/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge - Active | ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final | 01/01/2005 to 12/31/2005 |
|  | 5b. ☐ Amended Report |  |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court 316 North 26th Street Billings, MT 59101 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F | 05/07/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]   NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F | 05/07/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

**VII. INVESTMENTS and TRUSTS** – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 2. MT UNIV REVS HIGHER ED FACS IMPT-D | A | Interest | J | T | | | | | |
| 3. FORSYTH MT PCR | A | Interest | J | T | | | | | |
| 4. DENVER CO CITY & CNTY ARPT REV SER A | A | Interest | | | REDEMPTION | 11/05 | J | | |
| 5. MT ST HEALTH FAC RV AUTH RV B/D MBIA SISTERS OF CHARITY | A | Interest | J | T | | | | | |
| 6. MONTANA ST HLTH FACS AUTH REV MISSION RIDGE | A | Interest | | | REDEMPTION | 09/26 | J | | |
| 7. MT ST BRD HSG RV AMT SINGLE FAM MTG B/E SER A2 | A | Interest | J | T | | | | | |
| 8. GUAM INTL ARPT AUTH GU MBIA SER C | A | Interest | | | REDEMPTION | 04/26 | J | | |
| 9. INTEL CORP CS | A | Dividend | J | T | | | | | |
| 10. ST MARY LAND & EXPL CS | A | Dividend | J | T | | | | | |
| 11. TEXAS INSTRUMENTS INC CS | A | Dividend | J | T | PART SELL | 10/03 | J | A | |
| 12. AIM EQUITY FDS INC-AGRESSIVE GROWTH MF | | | | | SELL | 11/28 | J | | |
| 13. EATON VANCE TAX MGD GROWTH-C MF | A | Dividend | J | T | | | | | |
| 14. GROWTH FUND AMER INC MF | A | Dividend | K | T | | | | | |
| 15. KOPP FDS EMERGING GROWTH FD CL A MF | | None | J | T | | | | | |
| 16. HARTFORD CAPITAL APPREC -C MF | | None | J | T | BUY | 11/28 | J | | |
| 17. PUTNAM TAX EXP INC FD MF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F | 05/07/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TAMARACK INVT FUNDS MM | A | Dividend | K | T | | | | | |
| 19. IRA #1 | C | Dividend | M | T | | | | | |
| 20. FINANCING CORP CPN FICO STRIPS SER R | | | | | | | | | |
| 21. TAMARACK INVT FDS MM | | | | | | | | | |
| 22. AIM EQUITY FDS INC AGRESSIVE GROWTH FD MF | | | | | SELL | 11/28 | K | C | |
| 23. AIM VALUE - A MF | | | | | SELL | 09/06 | J | | |
| 24. FT TGT VIP CONS 3Q-04 | | | | | SELL | 09/06 | J | A | |
| 25. SUNAMERICA FOC DIV STRAT II | | | | | | | | | |
| 26. SELIGMAN SMALL CAP VALUE -C | | | | | | | | | |
| 27. ALLIANZ OPCAP VALUE-C | | | | | BUY | 06/17 | K | | |
| 28. FT DOW TGT DVD SEPT 05 | | | | | BUY | 09/06 | J | | |
| 29. FT VALUELINE TGT SEPT 05 | | | | | BUY | 09/06 | J | | |
| 30. GROWTH FUND OF AMERICA | | | | | BUY | 06/17 | J | | |
| 31. LORD ABBETT MID CAP VALUE -C | | | | | BUY | 12/12 | J | | |
| 32. CIT INTERNOTES | | | | | BUY | 11/28 | J | | |
| 33. GENERAL ELEC CAP CO STEP CPN | | | | | BUY | 6/17 | J | | |
| 34. BROKERAGE ACCT #2 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F | 05/07/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CEF MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 36. GENERAL ELECTRIC CS | A | Dividend | J | T | | | | | |
| 37. JOHNSON & JOHNSON CS | A | Dividend | J | T | | | | | |
| 38. PFIZER INC CS | A | Dividend | J | T | | | | | |
| 39. GLACIER CAPITAL TR A | A | Interest | J | T | | | | | |
| 40. MERRILL LYNCH PRD CAPITAL TR III | A | Interest | J | T | | | | | |
| 41. IRA #2 | E | Dividend | P1 | T | | | | | |
| 42. WELLS FARGO & CO CS | | | | | | | | | |
| 43. HOME DEPOT INC CS | | | | | | | | | |
| 44. WAL-MART STORES INC CS | | | | | | | | | |
| 45. AMERICAN MUTUAL FUND CL A | | | | | | | | | |
| 46. BOND FUND OF AMERICA INC. MF | | | | | | | | | |
| 47. EURO PACIFIC GROWTH FUND CL A | | | | | | | | | |
| 48. FUNDAMENTAL INVESTORS INC MF | | | | | | | | | |
| 49. GOLDMAN SACHS GROWTH & INCOME FUND-CL A MF | | | | | | | | | - |
| 50. GOLDMAN SACHS INTERNATIONAL EQUITY FUND-CL A MF | | | | | | | | | |
| 51. GOLDMAN SACHS BALANCED FD | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F --$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 --$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | P2 –$5,000,001 - $25,000,000 | |
| | Q –Appraisal | V –Other | S –Assessment | T –Cash Market | |
| | U –Book Value | | W --Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F | 05/07/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A- | (2)<br>Type (e. .<br>div. rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| CL A MF | | | | | | | | | |
| 52. GROWTH FUND OF AMERICA CL A MF | | | | | | | | | |
| 53. INCOME FUND OF AMERICA CL A MF | | | | | | | | | |
| 54. INVESTMENT CO OF AMERICA MF | | | | | | | | | |
| 55. NEW PERSPECTIVE UNFD INC MF | | | | | | | | | |
| 56. PUTNAM FUND FOR GROWTH & INCOME -CL A MF | | | | | | | | | |
| 57. PUTNAM GLOBAL EQUITY FUND CL A MF | | | | | | | | | |
| 58. PUTNAM HEALTH SCIENCES TRUST CL A MF | | | | | | | | | |
| 59. PUTNAM INTERNATIONAL NEW OPPORTUNITIES FUND-CL A MF | | | | | | | | | |
| 60. PUTNAM CLASSIC EQUITY MF FUND CL A | | | | | | | | | |
| 61. PUTNAM RESEARCH FUND MF | | | | | | | | | |
| 62. PUTNAM DIVERSIFIED INCOME CL A MF | | | | | | | | | |
| 63. PUTNAM VISTA FUND INC - CL A MF | | | | | | | | | |
| 64. PUTNAM VOYAGER FUND INC-CL A MF | | | | | PART SELL | 06/02 | J | | |
| 65. PUTNAM INVESTORS FUND CL A | | | | | BUY | 07/07 | J | | |
| 66. WASHINGTON MUTUAL INVESTORS FUND INC. MF | | | | | | | | | |
| 67. COMMONWEALTH EDISON CO BD | | | | | REDEMPTION | 0701 | J | | |

| 1. Income Gain Codes: | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| (See Columns C1 and D3) | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| (See Column C2) | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F | 05/07/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. FPL GROUP INC DEBENTURE BD | | | | | SELL | 06/02 | K | | |
| 69. JC PENNEY & CO BD | | | | | PART SELL | 06/02 | K | | |
| 70. GENERAL ELECTRIC CAP CORP MED TERM NTS | | | | | | | | | |
| 71. HERTZ CORP SENIOR NOTES | | | | | REDEMPTION | 12/22 | K | | |
| 72. FORD MOTOR CREDIT CO GLOBAL LANDMARK SEC | | | | | | | | | |
| 73. VAN KAMPEN FOCUS PORTFOLIOS 387 TRUST | | | | | | | | | |
| 74. FNMA GTD REMIC PASSTHRU TR A997-69 | | | | | REDEMPTION | 07/20 | J | | |
| 75. INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT | | | | | | | | | |
| 76. PASSPORT MONEY MARKET | | | | | | | | | |
| 77. TSA 501C3 | | | | | ROLLOVER | 06/23 | K | | |
| 78. EE TREASURY BOND | | | | | SELL | 02/01 | J | | |
| 79. FIRST INTERSTATE BANK (Ckg, Sav) | A | Interest | J | T | | | | | |
| 80. 1st SECURITY BANK (ckg) | | None | J | T | | | | | |
| 81. NEW YORK LIFE INS POL. CV | B | Dividend | K | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F | 05/07/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII Investments and Trusts:

1. Line 61: name of investment corrected from Putnam Invt Fds Research Fund MF to Putnam Research Fund MF.

2. Ln 76: The TSA 501C3 investments, Kemper General Account II and Kemper Total Return were liquidated and rolled directly into IRA #1.

3. Since the original IRA#1 was cashed in a prior year, 2004's IRA #2 became IRA #1 on 2005's report (line 19), and IRA #3 became IRA#2 (line 41).

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F | 05/07/2006 |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F | 05/07/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date____5/9/06____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544